1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
3   Colton, California 92324
4   Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
5   E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

DOSHA BRADFORD,                )  No. EDCV 10-910 E
                               )
    Plaintiff,                 )  [~~PROPOSED~~] ORDER AWARDING
                               )  EAJA FEES
    v.                         )
                               )
MICHAEL J. ASTRUE,             )
Commissioner Of Social Security, )
                               )
    Defendant.                 )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($2,900.00) subject to the terms of the stipulation.

DATE: 3/15/11

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE